**FILED**

06/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0198

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0198

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

      Plaintiff/Counter-Defendant,
and Appellee and Cross-Appellant,

v.

DONALD KNIGHT, GINA M. KNIGHT,
LANDON KNIGHT, and JOHN DOES 1-10,

      Defendants/Counter-Plaintiffs,
and Appellants.

DONALD KNIGHT and GINA M. KNIGHT,

      Third-Party Plaintiffs,

v.

PARK COUNTY, a political subdivision of
the State of Montana, acting by and through its
County Commissioners, Bill Berg, Steve
Caldwell, and Clint Tinsley,

      Third-Party Defendants.

GARDINER-PARK COUNTY WATER
AND SEWER DISTRICT,

      Third-Party Plaintiff and,

**ORDER GRANTING
UNCONTESTED MOTION
FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

1

Cross-Appellant,                              )
                                              )
        v.                                    )
                                              )
STANDISH EXCAVATION, LC,                      )
                                              )
              Third-Party Defendant.          )
_____         )
                                              )
DONALD KNIGHT, GINA M. KNIGHT, and  )
LANDON KNIGHT,                                )
                                              )
              Third-Party Plaintiffs and,     )
Appellants,                                   )
                                              )
        v.                                    )
                                              )
THOMAS E. STONE, DONALD L. CLARK,   )
VICTOR D. BEERS, and BRAD A.                  )
HARBACH,                                      )
                                              )
              Third-Party Defendants, and     )
Appellees.                                    )
                                              )
_____

Appellants, Donald Knight, Gina M. Knight, and Landon Knight, have moved this Court, pursuant to Mont. R. App. P. 26, for a 30-day extension, from July 24, 2023, up to and including August 23, 2023, in which to file their opening brief in this matter. The other parties do not oppose the motion.

IT IS HEREBY ORDERED that Appellants shall have up to and including August 23, 2023, to file their opening brief.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 29 2023